**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
 d.tartaglio@musickpeeler.com
Chad A. Westfall (State Bar No. 208968)
 c.westfall@musickpeeler.com

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE SIGMA DELTA CHAPTER OF THE FRATERNITY OF PHI GAMMA DELTA, DYLAN BARTOLO HERNANDEZ by and through his successor in interest, DYLAN HERNANDEZ JR., BARTOLO HERNANDEZ JR., SYLVIE ANNETTE HERNANDEZ, JULIA HERNANDEZ, and KAYLA HERNANDEZ,<br><br>　　　　Defendants. | Case No. 22CV1196 BEN DDL<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS JULIA HERNANDEZ AND KAYLA HERNANDEZ** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ADMIRAL INSURANCE COMPANY ("Admiral") hereby dismisses its Complaint against Defendants JULIA HERNANDEZ and KAYLA HERNANDEZ without prejudice as they are no longer parties necessary in this action because they were dismissed from the underlying action giving rise to the present action. The underlying action is titled *Hernandez, et al. v. The Fraternity of Phi Gamma Delta,*

*Inc., et al.*, San Diego County Superior Court, Case Number 37-2020-00043483-CU-PO-CTL.

  Defendants JULIA HERNANDEZ and KAYLA HERNANDEZ were not served and have not responded to Admiral's Complaint. Accordingly, the dismissal of JULIA HERNANDEZ and KAYLA HERNANDEZ under Rule 41(a)(1)(A)(i) is appropriate.

DATED: January 5, 2023    MUSICK, PEELER & GARRETT LLP

By:  */s/ Chad Westfall*
   David A. Tartaglio
   Chad A. Westfall
   Attorneys for Plaintiff ADMIRAL
   INSURANCE COMPANY