**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
  *d.tartaglio@musickpeeler.com*
Chad A. Westfall (State Bar No. 208968)
  *c.westfall@musickpeeler.com*
Juan A. Torres (State Bar No. 128181)
  *j.torres@musickpeeler.com*

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> THE SIGMA DELTA CHAPTER OF THE FRATERNITY OF PHI GAMMA DELTA, DYLAN BARTOLO HERNANDEZ by and through his successor in interest, DYLAN HERNANDEZ JR,, BARTOLO HERNANDEZ JR., SYLVIE ANNETTE HERNANDEZ, JULIA HERNANDEZ, and KAYLA HERNANDEZ, <br><br> Defendants. | Case No.  3:22-cv-01196-AJB-DDL <br><br> **Honorable Anthony J. Battaglia** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF ADMIRAL INSURANCE COMPANY'S APPLICATION FOR DEFAULT JUDGMENT BY COURT** <br><br> *(Filed Concurrently with Application for Default Judgment, Declarations of Juan A. Torres, Chad A. Westfall, Garrett Livsey, Sue Kruse, and Rob Caudill, and [Proposed] Judgment)* <br><br> Date:    June 15, 2023 <br> Time:    2:00 p.m. <br> Dept.:    4A |

Plaintiff ADMIRAL INSURANCE COMPANY ("Admiral") requests the Court to take judicial notice of the following documents pursuant to Federal Rules of Evidence, Rule 201(b)(2), 201(c) and/or 201(d) for purposes of Admiral's concurrently filed Application for Default Judgment by Court:

///

MUSICK, PEELER & GARRETT LLP

1

Case No. 3:22-cv-01196-AJB-DDL

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF ADMIRAL INSURANCE COMPANY'S APPLICATION FOR DEFAULT JUDGMENT BY COURT

1       1.      The Complaint filed in this action, a copy of which is attached hereto as

2 Exhibit "1".

3       2.      The Complaint filed in the San Diego County Superior Court for the case

4 titled *Hernandez, et al. v. The Fraternity of Phi Gamma Delta, Inc., et al.*, Case

5 Number 37-2020-00043483-CU-PO-CTL, ("Underlying Action"), a copy of which is

6 attached hereto as Exhibit "2".

7       3.      Order of the San Diego County Superior Court issued in the Underlying

8 Action, a copy of which is attached hereto as Exhibit "3".

9       4.      Motion to Quash Service filed in the Underlying Action by The Sigma

10 Delta Chapter of The Fraternity of Phi Gamma Delta, a copy of which is attached

11 hereto as Exhibit "4".

12

13       Judicial notice of pleadings and other documents filed in a court, as well as

14 court orders, may be taken under Rule 201 of the Federal Rules of Evidence. *Harris*

15 *v. County of Orange*, 682 F.3d 1126, 1131–1132 (9th Cir. 2012) ("We may take

16 judicial notice of undisputed matters of public record, [citation omitted], including

17 documents on file in federal or state courts.  [Citation omitted.]"); *Associated*

18 *Industries Insurance Company v. Mt. Hawley Insurance Company*, 536 F.Supp.3d

19 676, 679 n.1 (S.D. Cal. 2021) (Insurance coverage case in which the court took

20 judicial notice of complaints filed in an underlying action.)

21

22 DATED:  April 11, 2023           MUSICK, PEELER & GARRETT LLP

23

24                       By:       */s/ Juan A. Torres*

25                            David A. Tartaglio

26                            Chad A. Westfall

27                            Juan A. Torres

                           Attorneys for Plaintiff ADMIRAL

28                            INSURANCE COMPANY

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF ADMIRAL INSURANCE COMPANY'S
APPLICATION FOR DEFAULT JUDGMENT BY COURT