**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
  d.tartaglio@musickpeeler.com
Chad A. Westfall (State Bar No. 208968)
  c.westfall@musickpeeler.com
Juan A. Torres (State Bar No. 128181)
  j.torres@musickpeeler.com

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE SIGMA DELTA CHAPTER OF THE FRATERNITY OF PHI GAMMA DELTA, DYLAN BARTOLO HERNANDEZ by and through his successor in interest, DYLAN HERNANDEZ JR,, BARTOLO HERNANDEZ JR., SYLVIE ANNETTE HERNANDEZ, JULIA HERNANDEZ, and KAYLA HERNANDEZ,<br><br>Defendants. | Case No. 3:22-cv-01196-AJB-DDL<br><br>**Honorable Anthony J. Battaglia**<br><br>**DECLARATION OF ROB CAUDILL IN SUPPORT OF PLAINTIFF ADMIRAL INSURANCE COMPANY'S APPLICATION FOR DEFAULT JUDGMENT**<br><br>*(Filed Concurrently with Application for Default Judgment, Declarations of Juan A. Torres, Chad A. Westfall, Garrett Livsey and Sue Kruse, Request for Judicial Notice; and [Proposed] Judgment)*<br><br>Date:  June 15, 2023<br>Time:  2:00 p.m.<br>Dept.:  4A |

2110747.1     1     Case No. 3:22-cv-01196-AJB-DDL
DECLARATION OF ROB CAUDILL IN SUPPORT OF PLAINTIFF ADMIRAL INSURANCE COMPANY'S APPLICATION FOR DEFAULT JUDGMENT

# DECLARATION OF ROB CAUDILL

I, Rob Caudill, declare:

1. I am the Executive Director of The Fraternity of Phi Gamma Delta, Inc. ("Phi Gamma Delta"). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the truth thereof.

2. Attached hereto as Exhibit "1" is a true and correct copy of Phi Gamma Delta's Risk Management Policy which was in effect in November of 2019.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 29 day of March, 2023, at Lexington, Kentucky.

Rob Caudill