**MUSICK, PEELER & GARRETT LLP**
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
 *d.tartaglio@musickpeeler.com*
Chad A. Westfall (State Bar No. 208968)
 *c.westfall@musickpeeler.com*
Juan A. Torres (State Bar No. 128181)
 *j.torres@musickpeeler.com*

Attorneys for Plaintiff
ADMIRAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE SIGMA DELTA CHAPTER OF THE FRATERNITY OF PHI GAMMA DELTA, DYLAN BARTOLO HERNANDEZ by and through his successor in interest, DYLAN HERNANDEZ JR., BARTOLO HERNANDEZ JR., SYLVIE ANNETTE HERNANDEZ, JULIA HERNANDEZ, and KAYLA HERNANDEZ,<br><br>Defendants. | Case No. 3:22-cv-01196-AJB-DDL<br><br>**Honorable Anthony J. Battaglia**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ADMIRAL INSURANCE COMPANY voluntarily dismisses the above-captioned action without prejudice.

///

1   Accordingly, Plaintiff ADMIRAL INSURANCE COMPANY requests this
2   Court vacate all dates in this action and close the case file.

4   DATED: November 17, 2023        MUSICK, PEELER & GARRETT LLP

By:   */s/ Juan Torres*
      David A. Tartaglio
      Chad A. Westfall
      Juan A. Torres
      Attorneys for Plaintiff
      ADMIRAL INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2023, I electronically filed the foregoing:

1. **NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

with the Clerk of the Court using the CM/ECF system.

I also certify the documents and a copy of the Notice of Electronic Filing were served via U.S. Mail on November 17, 2023 on the following:

| | |
|---|---|
| The Sigma Delta Chapter Of The Fraternity Of Phi Gamma Delta<br>c/o Garrett Livsey, Agent for Service<br>18385 Babcock Road. Apt. 1032<br>San Antonio, TX 78255 | Dylan Bartolo Hernandez by and through his successor in interest Bartolo Hernandez, Jr.<br>141 Ryan Nicholas Drive<br>Kingsland, GA 31548 |
| Bartolo Hernandez, Jr.<br>141 Ryan Nicholas Drive<br>Kingsland, GA 31548 | Sylvie Annette Hernandez<br>141 Ryan Nicholas Drive<br>Kingsland, GA 31548 |

　　　　　　　　　　　　　　*/s/ Linda Magdaleno*
　　　　　　　　　　　　　　Linda Magdaleno

**MUSICK, PEELER & GARRETT LLP**

3

Case No. 3:22-cv-01196-AJB-DDL
NOTICE OF VOLUNTARY DISMISSAL OF ACTION